# SUPREME COURT.

## BRUCE agt. PINCKNEY.

An *appeal* can not be taken from an *order* of the special term overruling a demurrer as frivolous. *Judgment* must first be entered, and the appeal brought upon that. (*See Code*, § 247.)

*Dutchess General Term, July,* 1853. Judges BARCULO, BROWN, and S. B. STRONG.

C. D. NEWMAN, *for Plaintiff.*
J. H. H. PINCKNEY, *for Defendant.*

By the Court—BARCULO P. Justice.—The sole question presented by this case is this, can an appeal be brought from a decision of the special term overruling a demurrer as frivolous *as an order?*

We are of the opinion that such an appeal is not authorized by the Code; and that judgment must first be entered upon the decision of the special term, and an appeal be brought from the judgment. The authority for treating a frivolous demurrer is found in section 247, which provides that "if a demurrer, answer, or reply be frivolous, the party prejudiced thereby, upon a previous notice of five days, may apply to a judge of the court, either in or out of the court, for judgment thereon; and *judgment* may be given accordingly." The application in the present case must have been made under this section, and the decision below must have been a *judgment*, if any thing. It clearly cannot, therefore, be treated as an order for the purpose of an appeal.

Appeal dismissed.